B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Corlea H. Ware                                    ,            Case No.  18-20745-JAD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of the Igloo Series IV Trust                          Wells Fargo Bank, N.A.
_____                   _____
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): ____3-1____
should be sent:                                         Amount of Claim: ___$125,952.81___
  c/o SN Servicing Corporation                       Date Claim Filed: ____03/27/2018____
  323 Fifth Street
  Eureka, CA 95501
Phone: __800.603.0836_____                    Phone: _____
Last Four Digits of Acct #: ____5430____               Last Four Digits of Acct. #: ___5926___

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                             Date: 01/09/2020
_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.